UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMIN DOSHAWN BOOKER,

                  Plaintiff,

-against-

THOMAS GRIFFIN, *Superintendent of Green Haven Facility*; E. DEMO, *DOCCS Investigator*; Paul Chappius, Jr., *Superintendent Elmira Facility*; G. KELLER, *Captain at Elmira*; M. KIRKPATRICK, *Superintendent of Clinton*; John Doe #1, *Confidential Informant*; JOHN DOES #2–3., *Correction Officers at Green Haven*; SGT. ISAACS, LT. SCRANTON; CORRECTION OFFICER SEARS; KAREN BELLAMY, *Central Office Committee Director*; DONAL VENNETTOZZI, *Director of SHU*,

                  Defendants.

No. 16-CV-00072 (NSR)
ORDER

---

NELSON S. ROMÁN, United States District Judge

Plaintiff Amin Doshawn Booker commenced this *pro se* action pursuant 42 U.S.C. § 1983, alleging, *inter alia*, violations of his First, Eighth, and Fourteenth Amendment rights in connection with his incarceration at Green Haven and Elmira Correctional Facilities. (*See* Compl., ECF No. 2.) On March 30, 2018, this Court issued an Opinion and Order dismissing a portion of Plaintiff's claims, but granting Plaintiff leave to replead some of the dismissed claims. (ECF No. 80.) The March 30, 2018 Opinion informed Plaintiff that if he wished to file an amended complaint re-asserting his claims, he had to do so prior to April 30, 2018.

The docket reflects that Plaintiff never received the Court's previous Opinion, as Elmira Correctional Facility returned the mail addressed to Plaintiff, noting that the name and inmate identification number did not match. Accordingly, the Court grants Plaintiff an extension of time

Copies mailed/faxed 4/30/18
Chambers of Nelson S. Román, U.S.D.J.

until May 31, 2018 to file an amended complaint in accordance with the Court's previous Opinion. If Plaintiff elects to file an amended complaint, Defendants shall have until 21 days from the date of Plaintiff's filing to move or file responsive pleadings.

Dated: April 30, 2018
       White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge