**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BOOKER,**

Plaintiff,

*- against -*

**GRIFFIN, ET AL.,**

Defendants.

**ORDER**

16 Civ. 72 (NSR) (PED)

**PAUL E. DAVISON, U.S.M.J.:**

The Court having referred this case for possible appointment of *pro bono* discovery counsel, the conference scheduled for December 10, 2019 is **ADJOURNED** until **January 14, 2020, at 10:00 a.m.**

The Court will defer consideration of plaintiff's outstanding requests and all discovery-related matters pending a determination as to whether *pro bono* counsel is available.

Dated: December 5, 2019
White Plains, New York

SO ORDERED

_____
Paul E. Davison, U.S.M.J.

Copies mailed 12/5/19
Chambers of Judge Davison