**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| | | |
|---|---|---|
| LETITIA JAMES<br>ATTORNEY GENERAL | | DIVISION OF STATE COUNSEL<br>LITIGATION BUREAU |

DIRECT DIAL: (212) 416-8561

March 15, 2021

**BY ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> The parties' request to adjourn the Status Conf. via AT&T teleconference from March 19, 2021 until May 25, 2021 at 10:00 am is granted. Clerk of Court requested to terminate the motion (doc. 226). To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.   Dated: March 15, 2021
>
> **SO ORDERED:**
>
> /s/ Nelson S. Román
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re: <u>Booker v. Griffin, et al.</u>, 16 Civ. 00072 (NSR)(PED)

Dear Judge Román

    I write respectfully on behalf of both plaintiff and defendants to request that the conference scheduled for Friday, March 19, 2021, be adjourned to a date following May 7, 2021, when all discovery is scheduled to close.

    On March 5, 2021, the parties conducted a phone conference with Magistrate Davison at which time we discussed the need for an adjournment of the discovery schedule to accommodate additional discovery in the form of document requests/production and depositions. Magistrate Davison granted the parties' request for an adjournment and subsequently endorsed the parties' proposed amended scheduling order that requires all discovery to conclude by May 7, 2021. <u>See</u> Docket No. 225.

    Thank you.

Respectfully submitted,

*/s/ Neil Shevlin*
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

cc: Counsel for Plaintiff (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____