MEMO ENDORSED

# GIBSON DUNN



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2021

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Paul J. Kremer
Direct: +1 212.351.2647
Fax: +1 212.351.6247
PKremer@gibsondunn.com

May 24, 2021

Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Booker v. Griffin, et al.*, 16 Civ. 72 (NSR) (PED)

Dear Judge Román:

    I write respectfully on behalf of both Plaintiff and Defendants to request that the status conference currently scheduled for Tuesday, May 25, 2021, be adjourned to a date following July 6, 2021, when all discovery is scheduled to close. This is our third request for an adjournment in connection with ongoing fact discovery; each prior request has been granted.

    On April 30, 2021, the parties conducted a phone conference with Magistrate Judge Davison, at which time Defendants advised the Court of a need to adjourn the discovery schedule again to allow more time for Defendants to produce documents under Plaintiff's outstanding discovery requests. Magistrate Judge Davison granted the parties' request for an adjournment of discovery and subsequently entered the parties' proposed amended scheduling order, which requires all discovery to conclude by July 6, 2021. *See* Docket No. 230.

    The parties thank the Court for its kind consideration.

Respectfully submitted,

 /s/ Paul J. Kremer
    Paul J. Kremer

cc: All counsel of record (via ECF)

---

The parties' request to adjourn the Status teleconf. from May 25, 2021 until July 22, 2021 at 10:00 am is granted. To access the AT&T teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest. Clerk of Court requested to terminate the motion (doc. 231).

Dated: May 24, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.