USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
AMIN DOSHAWN BOOKER,                    :
                                        :   16 Civ. 00072 (NSR) (PED)
                    Plaintiff,          :
                                        :   **PROPOSED ORDER TO TAKE**
        - against -                     :   **THE DEPOSITION OF AN**
                                        :   **INCARCERATED INMATE**
THOMAS GRIFFIN, et al.,                 :
                                        :
                    Defendants.         :
------------------------------------------------------------- X

    It is ordered that counsel from the State of New York, Office of the Attorney General, may

take the deposition, by video, of incarcerated plaintiff inmate Amin Booker (DIN #98A6245), at

Midstate Correctional Facility or any other facility maintained by the New York State Department

of Corrections and Community Supervision where Amin Booker is housed, on or before July 6,

2021.

Dated: White Plains, New York
       June 15, 2021

                                        Paul E. Davison
                                        United States Magistrate