# GIBSON DUNN

> Due to an extension of the discovery cutoff date, the parties' request to adjourn the telephonic Status Conf. from July 22, 2021 until Sept. 13, 2021 at 10:00 am is granted. Counsel are directed to follow the dial-in instructions provided in this Court's Order, dated May 24, 2021 (ECF No. 232). Clerk of Court requested to terminate the motion (ECF No. 239).
> Dated: July 20, 2021
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Paul J. Kremer
Direct: +1 212.351.2647
Fax: +1 212.351.6247
PKremer@gibsondunn.com

July 9, 2021

VIA ECF

Hon. Nelson S. Roman
United States District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:     *Booker v. Griffin, et al.*, 16 Civ. 72 (NSR) (PED)

Dear Judge Roman:

We write respectfully on behalf of Plaintiff and Defendants to request that the status conference currently scheduled for Thursday, July 22, 2021, be adjourned to a date following August 9, 2021, when all discovery is scheduled to close. This is our fourth request for an adjournment in connection with ongoing fact discovery; each prior request has been granted.

On July 9, 2021, the parties conducted a phone conference with Magistrate Judge Davison, at which time the parties requested to adjourn the discovery schedule again to allow more time for Defendants to produce documents under Plaintiff's outstanding discovery requests. Magistrate Judge Davison granted the parties' request for an adjournment of discovery, with all discovery to conclude by August 9, 2021.

We appreciate Your Honor's consideration of this matter.

Respectfully submitted,

/s/ Paul J. Kremer
Paul J. Kremer

Cc: All Counsel of Record (via ECF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2021

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.