**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

DIRECT DIAL: (212) 416-8561

August 31, 2021

**BY ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Booker v. Griffin, et al., 16 Civ. 00072 (NSR)(PED)

Dear Judge Román

I write respectfully on behalf of both plaintiff and defendants, and at the direction of Magistrate Davison at this morning's status conference, to request that the conference scheduled for September 13, 2021, be adjourned to a date following the September 30, 2021 close of discovery and the October 1, 2021 status conference with Magistrate Davison. The reason for the requested adjournment is because at this morning's conference, Magistrate Davison extended the close of discovery to allow defendants additional time to provide certain discovery materials to plaintiff that remain outstanding.

Thank you.

Respectfully submitted,

*/s/ Neil Shevlin*
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

cc: Counsel for Plaintiff (via ECF)

> The parties' request to adjourn the Status Teleconf. from Sept. 13, 2021 until Oct. 27, 2021 at 10:00 am is granted. Counsel are directed to follow the dial-in instructions provided in this Court's Order, dated May 24, 2021 (ECF No. 232). Clerk of Court requested to terminate the motion (doc. 243). Dated: Sept. 5, 2021
>
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2021