# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Paul J. Kremer
Direct: +1 212.351.2647
Fax: +1 212.351.6247
PKremer@gibsondunn.com

May 23, 2022

VIA CM/ECF
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2023
```

Re: *Booker v. Griffin, et al.*, 16 Civ. 72 (NSR)

Dear Judge Román:

We write as pro bono counsel for DOCCS inmate Amin Booker, the plaintiff in the above-captioned action. Mr. Booker respectfully requests a 30-day adjournment of his deadline for filing a cross-reply to Defendants' cross-opposition papers. We make this request because two key members of our team have recently given their resignation, and we need time to transition the remaining members into filling these roles. We are also in the process of setting times for legal calls with our client.

We have conferred with Defendants' counsel and he has consented to our adjournment request. If the Court grants our request, the deadline will be adjusted as follows: Plaintiff's cross-reply papers shall be served on July 10, 2023, with all motion papers to be filed that day. We thank the Court for its consideration of our request.

Respectfully submitted,

Paul J. Kremer

cc: Counsel of record (via CM/ECF)

**MEMO ENDORSED**

Plaintiff's consented-to request is GRANTED. Plaintiff's cross-reply papers shall be served on July 10, 2023, with all motion papers to be filed that day. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 273.

SO ORDERED:

Dated May 23, 2023
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE