**GIBSON DUNN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/22/2024

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Marc Aaron Takagaki
Direct: +1 212.351.4028
Fax: +1 212.351.6228
MTakagaki@gibsondunn.com

**MEMO ENDORSED**

March 21, 2024

VIA CM/ECF

Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Booker v. Griffin, et al.*, 16 Civ. 72 (NSR) (VR)

Dear Judge Román:

> In light of settlement negotiations, the parties' joint request to adjourn the Pretrial Teleconf. from Mar. 28, 2024 until May 31, 2024 at 2:00 pm is GRANTED. Counsel are directed to the dial-in instructions at ECF No. 304. The submission of the Joint Pretrial Order is adjourned *sine die* - submission date to be discussed at the Pretrial Teleconf. Clerk of Court is requested to terminate the motion at ECF No. 305.
> Dated: White Plains, NY
> March 22, 2024
> SO ORDERED:
> [signature]
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

We write on behalf of Plaintiff and Defendants in the above-captioned matter to respectfully request an adjournment of (i) the March 25, 2024 deadline for the parties to submit a joint pretrial order and (ii) the telephonic pretrial conference scheduled for March 28.

On February 23, 2024, the Court issued an Opinion and Order regarding the parties' motions for summary judgment. ECF No. 304. In connection with that decision, the Court scheduled a telephonic pretrial conference for March 28, 2024. ECF No. 304 at 37. Additionally, the Court's Individual Practices in Civil Cases state: "Unless otherwise ordered by the Court, within 30 days after the date for completion of discovery, or, if a dispositive motion has been filed, within 30 days after a decision on the motion, the parties should electronically file via ECF a joint pretrial order[.]" LR 5(A). It is the parties' understanding that because the Court issued the Opinion and Order on February 23, the parties' current deadline to submit a joint pretrial order is March 25, 2024.

The parties respectfully jointly request an adjournment of these deadlines because counsel for Plaintiff is working with Plaintiff to formulate a settlement demand and, although Defendants have indicated a willingness to negotiate in good faith towards a settlement, Defendants believe they need 60 days to secure the relevant permissions and engage Plaintiff in talks. Plaintiff wishes to pursue settlement talks while postponing the need to expend significant resources on pre-trial disclosures. Thus, the parties respectfully request that the Court order that the parties' joint pretrial order be due no later than May 24, 2024 and that a pretrial conference with the Court take place on May 30, May 31, or June 6, 2024.

This is the parties' first request for an adjournment of these deadlines.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

GIBSON DUNN

Honorable Nelson S. Román
March 21, 2024
Page 2

Respectfully submitted,


/s/ Marc Aaron Takagaki
_____
Marc Aaron Takagaki

cc:     Counsel of record (via CM/ECF)