UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMIN DOSHAWN BOOKER,

                    Plaintiff,

         - against -

THOMAS GRIFFIN et al.

                    Defendants.
-----------------------------------------------------------------X

**ORDER**

7:16-cv-00072-NSR-VR

Román, D.J.:

    The Court having been informed that Parties have reached an agreement in principle to resolve this matter, it is ORDERED, that the above-entitled action be and hereby is discontinued, subject to reopening should the agreement not be consummated within forty-five (45) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 309.

Dated:  March 12, 2025
           White Plains, New York

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.