

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

May 27, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/28/2025

**BY ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re:   Booker v. Griffin, et al., 16 Civ. 72 (NSR)(PED)

Dear Judge Román:

    I write respectfully on behalf of Plaintiff and Defendants to request that their time to file the settlement documents in this case be adjourned by thirty days, from May 28, 2025, to June 27, 2025. Dkt. # 316.

    On or about March 11, 2025, the parties advised the Court that they had reached a settlement in principle. Dkt. # 313. On March 12, 2025, this Court discontinued this matter subject to reopening should the agreement not be finalized within forty-five days (by April 28, 2025). Dkt. # 314. On or about April 23, 2025, the parties jointly sought an adjournment of their time to file the settlement documents from April 28, 2025 to May 28, 2025, a request this Court granted on April 24, 2025. Dkt. # 316. The parties have been working collaboratively to finalize the language of the settlement documents, but need thirty additional days to do so. The additional time is also necessary as plaintiff is incarcerated and it is difficult for his counsel to discuss issues with him in a timely manner.

    Thank you for your attention to this matter.

**The Court GRANTS the parties' request for a 30-day extension of the deadline to submit their joint settlement stipulation to June 27, 2025. The Clerk of Court is kindly requested to terminate the motion at ECF No. 317.**

**Dated: May 28, 2025
White Plains, New York**

SO ORDERED:

*[signature]*

NELSON S. ROMÁN
United States District Judge

Sincerely,

/s/ Neil Shevlin
NEIL SHEVLIN
Assistant Attorney General
212-416-8561
Neil.Shevlin@ag.ny.gov

cc: Counsel for Plaintiff (via ECF)